JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGETTE HUIT,<br><br>        Plaintiff,<br><br>  v.<br><br>FRANK TREVINO,<br><br>        Defendant. | Case No. CV 22-0632-PA (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE DEEMING PLAINTIFF A VEXATIOUS LITIGANT AND DISMISSING THIS ACTION |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS ORDERED:

      (1) Plaintiff Brigette Huit (also known as Brigette Michelle Huit and Brigette Michelle Huit Brownbey) is deemed a vexatious litigant.

      (2) The Clerk of the Court shall not is ordered not to accept for filing any complaint or other initiating document submitted by Brigette Huit (also known as Brigette Michelle Huit,

and Brigette Michelle Huit Brownbey) against Frank Trevino, University of Southern California, Security Industry Specialist, Inc., the Department of Homeland Security, Riquino Smith, United States District Court employees, or federal or state official without Huit first filing a Motion for Leave to File a Complaint and a Judge of this Court having granted Huit leave to file such a Complaint or other initiating document.

(3) Plaintiff must submit a copy of this vexatious litigant order and a copy of the proposed filing with any motion seeking leave of court to file a complaint or other initiating document.

(4) Plaintiff's application for leave to proceed in forma pauperis is denied. See Order re Request to Proceed In Form Pauperis.

(5) This action is dismissed with prejudice. See Order re Request to Proceed In Form Pauperis.

DATED: April 1, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE