JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRIGETTE HUIT, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) v. | CV22-0632-PA (JEM) |
| FRANK TREVINO, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                                            United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:

Complaint is largely unintelligible. Lacks an arguable basis in law or fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989). Plaintiff's claims, which include allegations of a widespread conspiracy, are wholly fanciful; she is not entitled to proceed in forma pauperis. Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). Recommend immediate dismissal.

2/4/2022                                            /s/ John E. McDermott
Date                                                  United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

March 30, 2022                                     _____
Date                                                      United States District Judge

CV-73 (08/16)                    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*